UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61133-CIV-COHN/WHITE

BRUCE BURNETT,

    Petitioner,

v.

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

    Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 13] ("Report") of Magistrate Judge Patrick A. White concerning *pro se* Petitioner Bruce Burnett's Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 8] ("Petition"). Burnett has not filed objections to the Report by the deadline of March 17, 2014. Nevertheless, the Court has reviewed *de novo* the file herein and is otherwise fully advised in the premises.

Burnett's Petition raises three claims challenging his 2007 convictions and sentences for narcotics trafficking and other offenses. After thoroughly considering Burnett's claims, Magistrate Judge White recommended that the Petition be denied. Judge White determined that one of Burnett's claims, disputing the constitutionality of a Florida controlled-substance statute, was unexhausted in state court and procedurally barred from federal habeas review. See Kelley v. Sec'y for Dep't of Corr., 377 F.3d 1317, 1351 (11th Cir. 2004). Judge White also found that Burnett's two other claims—

the first alleging a violation of his right to self-representation, the second asserting ineffective assistance of counsel—lacked merit and did not warrant habeas relief. See 28 U.S.C. § 2254(d).  Further, Judge White recommended that the Court deny Burnett's request for an evidentiary hearing and deny a certificate of appealability. See 28 U.S.C. § 2253(c)(2); DE 13 at 27 (explaining that Burnett's claims are "all affirmatively contradicted by the existing record").

After a careful review, this Court agrees with Magistrate Judge White's reasoning, conclusions, and recommendations.  The Court will therefore deny Burnett's Petition without an evidentiary hearing.  Also, the Court will deny a certificate of appealabilty because Burnett has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000); see 28 U.S.C. § 2253(c)(2).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 13] is **ADOPTED**;

2. The Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 8] is **DENIED**;

3. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, Petitioner is **DENIED** a certificate of appealabilty.  The Court notes that under Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Petitioner may seek a certificate of appealability from the Eleventh Circuit; and

4. The Court will enter a separate Final Judgment consistent with this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of March, 2014.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Patrick A. White

Counsel of record

Bruce Burnett, *pro se*
L63740
Century Correctional Institution
Inmate Mail/Parcels
400 Tedder Road
Century, FL  32535